86 A.3d 865

**CITY OF RIVERSIDE, Objector**

v.

**RELIANCE INSURANCE COMPANY in Liquidation (Ancillary Matter to In re Reliance Insurance Company in Liquidation, No. 1 REL 2001).**

**Appeal of City of Riverside, Objector.**

Supreme Court of Pennsylvania.

March 12, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of March, 2014, the order of the Commonwealth Court is **AFFIRMED.**